**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. 13-558-1 (MAS) |
| v. | |
| VARIAN CHARLES, | **JUDGMENT OF ACQUITTAL** |
| Defendant. | |

Whereas Defendant VARIAN CHARLES, having proceeded to jury trial in this matter, which was so held before this Court from July 20, 2015 to July 29, 2015;

Whereas, on July 29, 2015, the jury returned verdicts of acquittal on Counts One and Three of the Second Superseding Indictment as to Defendant VARIAN CHARLES;

**ORDERED, ADJUDGED, AND DECREED** that the jury's verdicts of NOT GUILTY are entered as to Defendant VARIAN CHARLES. The Clerk of the Court is directed to close this case as to VARIAN CHARLES.

**SO ORDERED.**

Date: July 29, 2015

_____
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**